# Exhibit A








| Love's Encore | Loves Encore (Paperback) | Love's Encore by Brown, Sandra by… | Love's Encore by Sandra Brown by… | Loves Encore Paperback - Used … |
|---|---|---|---|---|
| $8.99 | $9.29 | $4.19 | $6.59 | $3.99 |
| Amazon.com | Walmart | Thriftbooks.com | Thriftbooks.com | Walmart |
|  | ★★★★★ (5) | Used | Used | Used |




Become a Writer Today
15 Best Sandra Brown B…

ThriftBooks
Sandra Brown Books | L…

Most Recommended Books
Sandra Brown Books in …





Amazon.com · In stock
A Whole New Light: Bro…

Amazon.in
Long Time Coming : Bro…

Hachette Book Group
Unspeakable by Sandra…









eBay · In stock







Amazon.c... · In stock     Amazon.c... · In stock     Amazon.com     Amazon · In stock     Amazon.com     Goodreads