# Exhibit B

14-NSR     Document 1-2     Filed 06/18/

**#1 NEW YORK TIMES BEST SELLING AUTHOR**

# SANDRA BROWN

# Slow Heat In Heaven