# Exhibit C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-420-710

**Effective Date of Registration:**
August 11, 2024
**Registration Decision Date:**
November 04, 2024

---

## Title
 

          **Title of Work:**   Sandra Brown original artwork

## Completion/Publication

          **Year of Completion:**   2009
     **Date of 1st Publication:**   September 01, 2009
  **Nation of 1st Publication:**   United States

## Author

         •       **Author:**   Robert E. Santora
        **Author Created:**   2-D artwork
  **Work made for hire:**   No
           **Citizen of:**   United States
         **Year Born:**   1960

## Copyright Claimant

     **Copyright Claimant:**   Robert E. Santora
        2360 Bunney Lane, Yorktown Heights, NY, 10598, United States

## Rights and Permissions

    **Organization Name:**   The Law Office of Gerard F Dunne
               **Name:**   Gerard Dunne
               **Email:**   jerry.dunne@dunnelaw.net
          **Telephone:**   (917)656-7753
     **Alt. Telephone:**   (917)656-7753
          **Address:**   56 Lakeview Drive
                     Riverhead, NY 11901 United States

## Certification

**Name:** Gerard F Dunne
**Date:** August 11, 2024