Exhibit D































# SANDRA BROWN

A NOVEL

# THE WITNESS

# SANDRA BROWN

A NOVEL

# THE ALIBI







A #1 *NEW YORK TIMES* BESTSELLING AUTHOR

# SANDRA BROWN

# SLOW HEAT IN HEAVEN