The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

PLAINTIFFS                                              DEFENDANTS

ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER     ATTORNEYS (IF KNOWN)

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Has this action, case, or proceeding, or one essentially the same, been previously filed in SDNY at any time?  No [ ]  Yes [ ]   _____
(If yes, Judge Previously Assigned)

If yes, was this case  Vol. [ ]  Invol. [ ]   Dismissed.  No [ ]  Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?         No [ ]     Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                         **NATURE OF SUIT**

**TORTS**                                                                                            **ACTIONS UNDER STATUTES**

**CONTRACT**                         **PERSONAL INJURY**              **PERSONAL INJURY/**             **FORFEITURE/PENALTY**        **BANKRUPTCY**                        **OTHER STATUTES**

[ ] 110  INSURANCE                   [ ] 310  AIRPLANE                [ ] 367 HEALTHCARE/              [ ] 625 DRUG RELATED          [ ] 422 APPEAL                        [ ] 375 FALSE CLAIMS
[ ] 120  MARINE                      [ ] 315  AIRPLANE PRODUCT        PHARMACEUTICAL PERSONAL              SEIZURE OF PROPERTY              28 USC 158                     [ ] 376 QUI TAM
[ ] 130  MILLER ACT                           LIABILITY                INJURY/PRODUCT LIABILITY            21 USC 881                 [ ] 423 WITHDRAWAL                    [ ] 400 STATE
[ ] 140  NEGOTIABLE                  [ ] 320  ASSAULT, LIBEL &        [ ] 365 PERSONAL INJURY           [ ] 690 OTHER                        28 USC 157                            REAPPORTIONMENT
         INSTRUMENT                           SLANDER                         PRODUCT LIABILITY                                                                             [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF                 [ ] 330  FEDERAL                 [ ] 368 ASBESTOS PERSONAL                                                                              [ ] 430 BANKS & BANKING
         OVERPAYMENT &                        EMPLOYERS'                      INJURY PRODUCT                                          **PROPERTY RIGHTS**                   [ ] 450 COMMERCE
         ENFORCEMENT                          LIABILITY                       LIABILITY                                                                                     [ ] 460 DEPORTATION
         OF JUDGMENT                 [ ] 340  MARINE                                                                                  [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT   [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT                [ ] 345  MARINE PRODUCT          **PERSONAL PROPERTY**                                            [ ] 830 PATENT                                ENCED & CORRUPT
[ ] 152  RECOVERY OF                          LIABILITY                                                                                [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION    ORGANIZATION ACT
         DEFAULTED                   [ ] 350  MOTOR VEHICLE           [ ] 370 OTHER FRAUD                                              [ ] 840 TRADEMARK                            (RICO)
         STUDENT LOANS               [ ] 355  MOTOR VEHICLE           [ ] 371 TRUTH IN LENDING                                                                              [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)                      PRODUCT LIABILITY                                                                                                             [ ] 485 TELEPHONE CONSUMER
[ ] 153  RECOVERY OF                 [ ] 360  OTHER PERSONAL                                            **LABOR**                      **SOCIAL SECURITY**                          PROTECTION ACT
         OVERPAYMENT                          INJURY                  [ ] 380 OTHER PERSONAL
         OF VETERAN'S                [ ] 362  PERSONAL INJURY -               PROPERTY DAMAGE           [ ] 710 FAIR LABOR             [ ] 861 HIA (1395ff)                 [ ] 490  CABLE/SATELLITE TV
         BENEFITS                             MED MALPRACTICE         [ ] 385 PROPERTY DAMAGE                   STANDARDS ACT          [ ] 862 BLACK LUNG (923)
[ ] 160  STOCKHOLDERS                                                         PRODUCT LIABILITY         [ ] 720 LABOR/MGMT             [ ] 863 DIWC/DIWW (405(g))           [ ] 850 SECURITIES/
         SUITS                                                                                                  RELATIONS              [ ] 864 SSID TITLE XVI                       COMMODITIES/
[ ] 190  OTHER                                                        **PRISONER PETITIONS**           [ ] 740 RAILWAY LABOR ACT       [ ] 865 RSI (405(g))                         EXCHANGE
         CONTRACT                                                     [ ] 463 ALIEN DETAINEE           [ ] 751 FAMILY MEDICAL
[ ] 195  CONTRACT                    **ACTIONS UNDER STATUTES**       [ ] 510 MOTIONS TO               LEAVE ACT (FMLA)                **FEDERAL TAX SUITS**                [ ] 890 OTHER STATUTORY
         PRODUCT                                                              VACATE SENTENCE                                                                                       ACTIONS
         LIABILITY                   **CIVIL RIGHTS**                         28 USC 2255              [ ] 790 OTHER LABOR             [ ] 870 TAXES (U.S. Plaintiff or      [ ] 891 AGRICULTURAL ACTS
[ ] 196  FRANCHISE                                                    [ ] 530 HABEAS CORPUS                    LITIGATION                     Defendant)
                                     [ ] 440  OTHER CIVIL RIGHTS      [ ] 535 DEATH PENALTY             [ ] 791 EMPL RET INC            [ ] 871 IRS-THIRD PARTY             [ ] 893 ENVIRONMENTAL
                                              (Non-Prisoner)          [ ] 540 MANDAMUS & OTHER                 SECURITY ACT (ERISA)           26 USC 7609                           MATTERS
**REAL PROPERTY**                                                                                                                                                            [ ] 895 FREEDOM OF
                                     [ ] 441  VOTING                                                                                                                                INFORMATION ACT
[ ] 210   LAND                       [ ] 442  EMPLOYMENT                                                **IMMIGRATION**                                                      [ ] 896 ARBITRATION
          CONDEMNATION               [ ] 443  HOUSING/                **PRISONER CIVIL RIGHTS**                                                                              [ ] 899 ADMINISTRATIVE
[ ] 220   FORECLOSURE                         ACCOMMODATIONS                                            [ ] 462 NATURALIZATION                                                      PROCEDURE ACT/REVIEW OR
[ ] 230   RENT LEASE &               [ ] 445  AMERICANS WITH          [ ] 550 CIVIL RIGHTS                      APPLICATION                                                         APPEAL OF AGENCY DECISION
          EJECTMENT                           DISABILITIES -          [ ] 555 PRISON CONDITION          [ ] 465 OTHER IMMIGRATION
[ ] 240   TORTS TO LAND                       EMPLOYMENT              [ ] 560 CIVIL DETAINEE                    ACTIONS                                                      [ ] 950 CONSTITUTIONALITY OF
[ ] 245   TORT PRODUCT               [ ] 446  AMERICANS WITH             CONDITIONS OF CONFINEMENT                                                                                  STATE STATUTES
          LIABILITY                           DISABILITIES -OTHER
[ ] 290   ALL OTHER                  [ ] 448  EDUCATION
          REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION          DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
    UNDER F.R.C.P. 23                        AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
                                             IF SO, STATE:

DEMAND $_____   OTHER_____         JUDGE_____ DOCKET NUMBER_____

Check YES only if demanded in complaint
JURY DEMAND:   YES      NO              NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

*(PLACE AN x IN ONE BOX ONLY)* **ORIGIN**

☐ 1 Original Proceeding
☐ 2 Removed from State Court
    ☐ a. all parties represented
    ☐ b. At least one party is pro se.
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from (Specify District)
☐ 6 Multidistrict Litigation (Transferred)
☐ 7 Appeal to District Judge from Magistrate Judge
☐ 8 Multidistrict Litigation (Direct File)

*(PLACE AN x IN ONE BOX ONLY)* **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

1 U.S. PLAINTIFF    2 U.S. DEFENDANT    3 FEDERAL QUESTION (U.S. NOT A PARTY)    4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I have reviewed Rules 18(a) and 20(a) of the Rules for the Division of Business Among District Judges, Southern District of New York, and I hereby certify that this case should be assigned to the courthouse indicated below pursuant thereto.

Check one: THIS ACTION SHOULD BE ASSIGNED TO:    ☐ WHITE PLAINS    ☐ MANHATTAN

DATE      SIGNATURE OF ATTORNEY OF RECORD      ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. _____ Yr. _____)
RECEIPT #      Attorney Bar Code #

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so designated.

Tammi M. Hellwig, Clerk of Court by _____ Deputy Clerk, Dated _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)