# MAYER | BROWN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/10/2025__

November 7, 2025

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**VIA ECF**

**Allison Aviki**
Partner
T: +1 212 506 2310
F: +1 212 849 5910
AAviki@mayerbrown.com

Hon. Nelson S. Román
Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, White Plains, NY 10601

Re: *Santora v. Hachette Book Group, Inc.*, Case No. 7:25-cv-5114

Dear Judge Román:

I represent Hachette Book Group, Inc., and write to respectfully request leave to:

> 1. Redact references to a confidential agreement in the motion to dismiss due on November 19, 2025 (*see* ECF No. 13); and
>
> 2. File that agreement and accompanying documentation as an exhibit under seal attached to Hachette's motion.

This request is unopposed as Plaintiff previously stated in his response letter that he "**has no objection to Defendant filing any of its exhibits under seal**." ECF No. 13 at 2 (emphasis added).

The Court previously granted Hachette leave to file a motion to dismiss under Rule 12(b)(6). ECF No. 11. Hachette then requested leave to add an additional basis for dismissal under Rule 12(e). ECF No. 12. Hachette explained that it had discovered a confidential agreement ("Agreement") between the parties and requested: (1) leave to file a motion for a more definite statement under Rule 12(e); (2) leave to redact references to the Agreement in the motion and to file the Agreement under seal as an exhibit; and (3) continuation or stay of the deadline. The Court granted the first and third requests. ECF No. 13. The Court did not address Hachette's second request. *See id.* Hachette files this as a respectful request for clarification.

This request is proper as the Agreement's terms are confidential. *See Gambale v. Deutsche Bank AG*, 377 F.3d 133, 143 (2d Cir. 2004) (collecting cases) (similar type of documents not entitled to presumption of access). Courts in this district have granted similar requests. *E.g.*, *Sulzer Mixpac AG v. DXM Co.*, 19-cv-09404 (S.D.N.Y. Feb. 7, 2020), ECF No. 44 (granting motion to file agreement under seal); *Comcast Corp. v. C-Cation Inc.*, 11-cv-1922 (S.D.N.Y. May 19, 2011), ECF No. 33 (similar); *id.* (S.D.N.Y. July 25, 2011), ECF No. 66 (similar).

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Allison Aviki*
Allison Aviki

cc: All counsel of record (via ECF)

**MEMO ENDORSED**

The Court grants Defendant leave to redact references to a confidential agreement in the motion to dismiss due on November 19, 2025 and file that agreement and accompanying documentation as an exhibit under seal attached to Defendant's motion.
Dated: November 10, 2025
       White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge