UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT E. SANTORA, an individual residing in the State of New York,

Plaintiff,

v.

HACHETTE BOOK GROUP, INC., a corporation of the State of New York,

Defendant.

Civil Action No.: 7:25-cv-5114-NSR

**NOTICE OF MOTION**

ORAL ARGUMENT REQUESTED

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law, dated November 19, 2025, Defendant Hachette Book Group, Inc., by and through its undersigned counsel, moves this Court before the Honorable Nelson S. Román, United States District Judge, in Courtroom 218 of the Honorable Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, on a date and time to be determined by the Court, to dismiss with prejudice the Amended Complaint (Dkt. No. 5) pursuant to Rule 12(b)(6) and for a more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court deems appropriate.

Dated: November 19, 2025
New York, New York

Respectfully submitted,

MAYER BROWN LLP

*/s/ Allison M. Aviki*

Allison M. Aviki
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
aaviki@mayerbrown.com
Tel: (212) 506-2500

*Counsel for Defendant Hachette Book Group, Inc.*