**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

ROBERT E. SANTORA                                   :

                                                                         :

                              Plaintiff,              :         Civil Action No.:

                                                                         :         7:25-cv-05114-NSR (VR)

              v.                                                    :

                                                                         :

HACHETTE BOOK GROUP, INC.              :

                                                                         :

------------------------------------------------------------------X

DECLARATION OF ROBERT E. SANTORA

1.  I declare the following from my own personal knowledge.  I am the Plaintiff in the above-identified action for copyright infringement and have been for over thirty years a commercial artist creating artwork for book covers of many authors, and had been asked by Diane Luger then known to me to be one of the Art Directors for Hachette Book Group, Inc., the defendant in the above-identified action, to create a new style of book covers for the author Sandra Brown.

2.  Ms. Diane Luger showed me then existing book covers for books authored by Sandra Brown and requested I create a new and updated look for the covers for books authored by Sandra Brown that would be more suitable commercially for a mass market; and my assignment was to create a cover for the new book of Sandra Brown entitled *Slow Heat in Heaven*.

3.  I created artwork for the book *Slow Heat in Heaven* and submitted the artwork to Ms. Luger for review, and Ms. Luger did not have any follow up contact with me

regarding the artwork I had created for *Slow Heat in Heaven* authored by Sandra Brown; and I assumed Ms. Luger had decided Hachette Book Group, Inc. did not like my ideas for the new look for Sandra Brown books and would not use my artwork.

4.  In the spring of 2024 I was visiting the Images Art Gallery at 1157 Pleasantville Road, Briarcliff Manor, New York and met with Marie Alpert, the proprietor, and she had on her desk a copy of the book *Slow Heat in Heaven* authored by Sandra Brown and I realized then for the first time that the Hachette Book Group, Inc. had, in fact, used my artwork submitted to Ms. Luger as a basis for the cover artwork of the book *Slow Heat in Heaven* authored by Sandra Brown.

5.  I then researched other books authored by Sandra Brown that had been published by the Hachette Book Group, Inc. and realized the style and new look for Sandra Brown book covers I had created and delivered to Ms. Luger had been used by the Hachette Book Group, Inc. extensively.

6.  Until I saw a copy of the book *Slow Heat in Heaven* authored by Sandra Brown on the desk of Marie Alpert in the spring of 2024 I had no knowledge or any reason to believe Hachette Book Group, Inc. had actually used the artwork I had created for book *Slow Heat in Heaven* authored by Sandra Brown as the new style for covers of books authored by Sandra Brown.

7.  In my well over thirty years of creating artwork for book covers, I well understand that publishing houses seek artwork for books of a particular author that have

a similarity or common "look" to develop what can be considered a stylized brand for a particular author to help consumers identify books by the particular author, and certainly Hachette Book Group, has used my artwork to substantially change the style and "look" of covers for books authored by Sandra Brown to have a commonality recognizable style indicating to her readers a book authored by Sandra Brown.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my understanding and belief.

Signed: December 18, 2025

_____
Robert E. Santora