# MAYER | BROWN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2026

mayerbrown.com

**Allison Aviki**
Partner
T: +1 212 506 2500
aaviki@mayerbrown.com

January 5, 2026

<u>BY ECF</u>

Hon. Nelson S. Román
Hon. Charles L. Brieant Jr. Federal Building and
   United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: <u>Santora v. Hachette Book Group, Inc.,</u>
     <u>Civil Action No: 7:25-cv-5114-NSR</u>

Dear Judge Román:

**MEMO ENDORSED**

We represent Defendant Hachette Book Group, Inc. ("Hachette") in the above-captioned action.

In accordance with the Court's October 20, 2025 endorsed letter (Dkt. No. 13), Hachette served its Motion to Dismiss Plaintiff Robert E. Santora's Amended Complaint and Motion for a More Definite Statement on November 19, 2025, and served its Reply Memorandum on January 5, 2026. Hachette filed all motion documents on January 5, 2026.

Under Your Honor's Individual Practices Rule 3(E), counsel for Hachette respectfully requests that the Court schedule oral argument on the motion at a date and time to be determined by the Court.

Respectfully Submitted,

MAYER BROWN LLP

By: */s/ Allison M. Aviki*
Allison M. Aviki
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
aaviki@mayerbrown.com

Oral argument is discretionary and the Court will schedule it if necessary after a review of the motion papers.
Dated: January 6, 2026
      White Plains, New York

SO ORDERED:

*[signature]*

NELSON S. ROMÁN
United States District Judge

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability
partnership) and Tauil & Chequer Advogados (a Brazilian law partnership).