**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ROBERT E. SANTORA :

:

Plaintiff, : Civil Action No.:

: 7:25-cv-05114-NSR (VR)

v. :

:

HACHETTE BOOK GROUP, INC. :

:

-----------------------------------------------------------X

NOTICE PLAINTIFF WILL NOT FILE A SECOND AMENDED COMPLAINT AS AUTHORIZED BY THE COURT'S OPINION AND ORDER

Please take notice Plaintiff Robert Santora will not file a Second Amended Complaint as authorized by the Court in the Opinion & Order of July 8, 2026, Document no. 29.

Pursuant to the Opinion & Order of July 8, 2026, Document no. 29 the Clerk may dismiss the action with prejudice.

New York, New York
August 6, 2026

Respectfully submitted,
/s/ Gerard F. Dunne

Gerard F. Dunne (GD 3323)
Law Office of Gerard F. Dunne, P.C.
56 Lakeview Drive
Riverhead, New York 11901
917 656 7753
jerry.dunne@dunnelaw.net
*Attorney for Robert E. Santora*

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

Dated: August 7, 2026
White Plains, NY