*Law Offices Of*

**GERARD F. DUNNE, P.C.**

56 LAKEVIEW DRIVE
RIVERHEAD, NEW YORK 11901

TELEPHONE (212) 645-2410
Gerard F. Dunne, Esq.
F.J. Penny Zahler, Paralegal

MOBILE (917) 656-7753
jerry.dunne@dunnelaw.net
penny.zahler@dunnelaw.net

MEMO ENDORSED

September 29, 2026

Nelson S. Román Via ECF
United States District Court Judge
Hon. Charles L. Brieant, Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: Robert E. Santora v. Hachette Book Group, Inc., 7:25-cv-05114-NSR (VR)

Dear Judge Román:

I am counsel for the plaintiff Robert E. Santora in the above-captioned matter and Plaintiff has no objection to the request of Defendant Hachette Book Group, Inc. in its letter of September 21st (ECF document no. 36) for leave to apply certain redactions to materials from Hachette's Motion for Attorneys' Fees and Costs (the "Motion") when they are filed on the public docket, and to maintain limited redactions in the under-seal versions for privileged and sensitive banking information.

Sincerely,

Gerard F. Dunne

cc: All counsel of record via ECF

GFD:jd

Defendant Hachette Book Group, Inc.'s request for leave to apply certain redactions to materials from Hachette's Motion for Attorney's Fees and Costs when they are filed on the public docket and to maintain limited redactions in the under-seal versions for privileged and sensitive banking information is GRANTED.

Dated: September 30, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge